■ In the Matter of PENNY BOLAND, Appellant, v WALTER BOLAND, Respondent.—Order unanimously affirmed without costs. Memorandum: Family Court properly determined that petitioner lacks standing to seek visitation with her former stepdaughter, who is properly in the custody of respondent, the child's biological father and petitioner's ex-husband *(see, Matter of Alison D. v Virginia M.,* 77 NY2d 651; *Matter of Ronald FF. v Cindy GG.,* 70 NY2d 141).

Respondent's request for an award of costs and imposition of

sanctions is denied *(see,* 22 NYCRR 130-1.1). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Visitation.) Present—Callahan, J. P., Green, Balio, Davis and Doerr, JJ.